In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-08-173 CR


____________________



RUTH M. JOHNSON, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 252nd District Court 


Jefferson County, Texas


Trial Cause No. 98885 






MEMORANDUM OPINION


 We have before the Court a request from the appellant, Ruth M. Johnson, to dismiss
her appeal. See Tex. R. App. P. 42.2. A request to dismiss the appeal is signed by appellant
personally and joined by counsel of record. No opinion has issued in this appeal. The
motion is granted, and the appeal is therefore dismissed. 

 APPEAL DISMISSED. 

 
 __________________________________

 CHARLES KREGER

 Justice

Opinion Delivered June 25, 2008

Do not publish

Before McKeithen, C.J., Gaultney and Kreger, JJ.